NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ALARIC M. EMANUEL,                          )
                                            )
            Appellant,                      )
                                            )
v.                                          )          Case No. 2D18-572
                                            )
STATE OF FLORIDA,                           )
                                            )
            Appellee.                       )
                                            )
_____ )

Opinion filed March 13, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Charlotte County; Donald H. Mason,
Judge.

PER CURIAM.


            Affirmed.


BLACK, SALARIO, and ROTHSTEIN-YOUAKIM, JJ., Concur.